### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **ANGEL AND BELL CORPORATION** | ) | |
| | ) | Case No. 10 B 17365 |
| Debtor in Possession. | ) | |
| | ) | Judge Bruce W. Black |

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing in said cause will be held in Room 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on May 27, 2010 at 10:30 a.m. or as soon thereafter as said cause may be heard, before Judge Bruce W. Black, or in his absence, before any other Judge that may be presiding in said Court Room, or before the emergency Judge for the Northern District, to consider and act upon one or more of the following matters: **FINAL HEARING to consider entry of a final Cash Collateral Order authorizing on a final basis, inter alia, the use of Lender's Cash Collateral and the grant of adequate protection**, at which time and place you may appear, if you so desire.

A copy of a proposed order and a proposed budget are also attached hereto, but the final terms of these documents are subject to final approval by the Lender before submission to the Court.

                                                                       /s/ Thomas W. Drexler
                                                                       THOMAS W. DREXLER

**THOMAS W. DREXLER**
Attorney at Law
77 W. Washington
Suite 1910
Chicago, IL 60602
(312) 726-7335
02861

# SERVICE LIST

**Angel And Bell Corporation**
12910 Seneca Rd
Palos Heights, IL 60463

**Thomas W. Drexler**
77 W Washington St Ste 1910
Chicago, IL 60602

**American Express**
P.O. Box 0001
Los Angeles, CA 90096

**Bank Direct Capital Finance, LLC**
P.O. Box 660448
Dallas, TX 75266-0448

**Chase**
**Cardmember Service**
P.O. Box 15153
Wilmington, DE 19886-5153

**City Of Elgin**
150 Dexter Ct
Elgin, IL 60120

**Doctor Angelina Guzman**
12910 S Seneca Rd
Palos Hills, IL 60463

**Doctor Benjamin Guzman**
12910 S Seneca Rd
Palos Hills, IL 60463

**Marie Elizabeth Cornejo**
12910 S Seneca Rd
Palos Hills, IL 60463

**Miguel Cornejo III**
12910 S Seneca Rd
Palos Hills, IL 60463

**Mutual Of Omaha Bank**
**C/O Bryan Cave LLP**
161 N Clark Street, Suite 4300
Chicago, IL 60601

**SBA**
C/O Attorney General Of U.S.
950 Pennsylvania Ave NW
Washington, DC 20530

**Small Business Growth Corporation**
2401 W White Oaks Dr
Springfield, IL 62704

**U.S. Attorney Of Northern Dist Of IL**
219 S Dearborn
5th Floor
Chicago, IL 60604

**William T. Neary**
**Office Of The United States Trustee**
219 S. Dearborn St., Room 873
Chicago, IL 60604